**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**KENYATTA CORNELOUS**                                                                  **PETITIONER**
**Reg# 09531-030**

**v.**                                           **CASE NO. 2:17-CV-00139 BSM**

**GENE BEASLEY**
**Warden, FCC-Medium**                                                          **RESPONDENT**

## ORDER

The findings and recommendation [Doc. No. 13] submitted by United States Magistrate Judge Patricia S. Harris have been received, along with petitioner Kenyatta Cornelous's objections [Doc. No. 14]. After *de novo* review of the record, the findings and recommendation are adopted in their entirety. Accordingly, Cornelous's habeas petition is dismissed, the requested relief is denied, and judgment will be entered for respondent Gene Beasley.

IT IS SO ORDERED this 19th day of April 2018.


_____
UNITED STATES DISTRICT JUDGE